# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Criminal Action Nos. 4:22-CR-157; |
| v. § | 4:22-CR-189 |
| § | (Judge Jordan/Judge Johnson) |
| JAYSON GLENN COOKE (1) § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months in both case numbers 4:22CR157 and 4:22CR189, ordered to run concurrently, with eighteen (18) months of supervised release to follow in both case numbers 4:22CR157 and 4:22CR189, ordered to run concurrently.

The Court further recommends the imposition of the special conditions set forth in the Report and Recommendation, as follows:

You must participate in a program (inpatient and/or outpatient) of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must abstain from the use of alcohol and/or all other intoxicants at any time. You must pay any cost associated with treatment and testing;

You must participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged. This includes taking any medication as prescribed by your treating physician. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing;

You must waive your rights to confidentiality regarding your mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating your ongoing appropriateness for community placement;

You must make all court-ordered child support payments on a timely basis, producing proof of payment to the probation officer within the first 5 days of each month, whether as part of a written report required by the probation officer or otherwise; and

You must provide the probation office with access to any requested financial information for purposes of monitoring your efforts to obtain and maintain lawful employment.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in the North Texas area, if appropriate.

**So ORDERED and SIGNED this 27th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE